# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TYKE FONTENOT

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

24-907-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson dated March 6, 2026, to which an Objection[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security is **AFFIRMED,** and this action is **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana the 23 day of March, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 17.